

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2014

No. 04-14-00501-CV

**IN RE** David **GOAD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On July 18, 2014, relator filed a motion for emergency stay without an accompanying petition. This court has determined that it is without jurisdiction to consider relator's motion. *See* TEX. R. APP. P. 52.10. Accordingly, relator's motion for emergency stay is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on August 8th014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. JSC2-1000, styled *David Goad v. George R. Wyatt*, pending in the Justice Court, Precinct Two, Guadalupe County, Texas, the Honorable Sheryl Sachtleben presiding.